COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ABDOL KARIM SAADATKHAH, INDIVIDUALLY AND D/B/A FIESTA AUTO SALVAGE, ALL JAPANESE & EUROPEAN AUTO SALVAGE and ALL AUTO SALVAGE, | § § § § | No. 08-08-00075-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th Judicial District Court |
| | § | of El Paso County, Texas |
| SOUTHWESTERN BELL YELLOW PAGES, INC., | § § | (TC# 2000-1993) |
| Appellee. | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents to the Court that the parties have reached a settlement agreement in the underlying case and therefore he no longer wishes to pursue this appeal. Appellee has not objected to the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which it would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). We therefore grant Appellant's motion, and dismiss the appeal pursuant to the parties' settlement agreement. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

August 14, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.